1
2
3
4
5
6                              UNITED STATES DISTRICT COURT

7                              EASTERN DISTRICT OF CALIFORNIA

8    STEPHEN CHOHRACH, et al.              )        **CASE NO.  1:10-CV-02029  DLB**
                                           )
9                                          )        ORDER ASSIGNING CASE
            Plaintiffs                     )        RE PRESIDING JUDGE
10                                         )
             vs                            )
11                                         )
                                           )
12   BANK OF AMERICA, et al                )
                                           )
13                                         )
            Defendant                      )
14   _____)

15

16          IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge

17   DENNIS L. BECK as Presiding Judge of the above entitled action.   The parties have filed a Consent

18   to Proceed before the assigned  Magistrate Judge to conduct all  further proceedings in this case,

19   including trial and entry of  final judgment.

20   ALL FUTURE PLEADINGS SHALL BE
21   NUMBERED AS FOLLOWS:  1:10-CV-02029 DLB

22

23   IT IS SO ORDERED.

24
     Dated:    November 7, 2011                    _____
25                                                 CHIEF UNITED STATES DISTRICT JUDGE

26

27

28