UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHOHRACH, et al. ) | **CASE NO.  1:10-CV-02029  DLB** |
| ) | |
| Plaintiffs ) | ORDER ASSIGNING CASE |
| ) | RE PRESIDING JUDGE |
| vs ) | |
| ) | |
| BANK OF AMERICA, et al ) | |
| ) | |
| Defendant ) | |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge DENNIS L. BECK as Presiding Judge of the above entitled action.   The parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further proceedings in this case, including trial and entry of  final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:  1:10-CV-02029 DLB

IT IS SO ORDERED.

Dated:   November 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE