1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN CHOHRACH, et al., | ) | 1:10cv02029 DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER DISCHARGING ORDER |
| | ) | TO SHOW CAUSE |
| v. | ) | |
| | ) | (Document 12) |
| BANK OF AMERICA, N.A., et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have complied with the November 2, 2011, Order to Show Cause and it is therefore DISCHARGED.


IT IS SO ORDERED.

**Dated:   November 28, 2011**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE