# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN CHOHRACH, et al., | ) | 1:10cv02029 DLB |
| | ) | |
| Plaintiffs, | ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ) | |
| | ) | (Document 12) |
| BANK OF AMERICA, N.A., et al, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have complied with the November 2, 2011, Order to Show Cause and it is therefore DISCHARGED.

IT IS SO ORDERED.

Dated:   November 28, 2011            /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE