JOHN S. SARGETIS (SBN: 80630)
JANET S. MANRIQUE (SBN: 179489)
**UNITED LAW CENTER**
A Professional Law Corporation
3013 Douglas Blvd., Suite 200
Roseville, California 95661
Email: jsargetis@unitedlawcenter.com
jmanrique@unitedlawcenter.com
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs
STEPHEN CHOHRACH and DONNA CHOHRACH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHOHRACH, DONNA CHOHRACH<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, INC.; C & M MCGEE, INC., dba: WINCHESTER MCGEE FINANCIAL; and DOES 1 through 50, Inclusive,<br><br>Defendant(s). | CASE NO.: 1:10-cv-02029-DLB<br><br>**ORDER AMENDING SCHEDULING CONFERENCE ORDER** |

The parties to this action, by and through their respective counsel of record have entered a stipulation, requesting that the Court amend the Scheduling Conference Order of April 19, 2011. (Dkt No. 8).

1

Based on the facts set forth in the Stipulation and declaration of Plaintiff's counsel, the Court finds good cause to modify the scheduling order.

For good cause, the Scheduling Conference Order, Docket No. 8, is amended as follows:

1. The deadline for filing non-dispositive motions is April 2, 2012.
2. The deadline for hearing non-dispositive motions is May 15, 2012.
3. The deadline for filing dispositive motions is April 16, 2012.
4. The deadline for hearing dispositive motions is June 1, 2012.
5. The Settlement Conference will be held on March 14, 2012, at 10:00 a.m, before Magistrate Judge Austin.
6. The Pre-Trial Conference will be held on May 11, 2012 in Courtroom 9 at 1:30 pm before Magistrate Judge Beck.
7. This matter is set for a seven (7) day jury trial on June 19, 2012 in Courtroom 9 at 9:00 a.m, before Magistrate Judge Beck .

All other matters set forth in the Scheduling Conference Order (Dkt No. 8) remain in effect.

IT IS SO ORDERED.

Dated: **January 11, 2012**                                 /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE