JOHN S. SARGETIS (SBN: 80630)
JANET S. MANRIQUE (SBN: 179489)
**UNITED LAW CENTER**
A Professional Law Corporation
3013 Douglas Blvd., Suite 200
Roseville, California 95661
Email: jsargetis@unitedlawcenter.com
jmanrique@unitedlawcenter.com
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs
STEPHEN CHOHRACH and DONNA CHOHRACH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHOHRACH, DONNA CHOHRACH <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, INC.; C & M MCGEE, INC., dba: WINCHESTER MCGEE FINANCIAL; and DOES 1 through 50, Inclusive, <br><br> Defendant(s). | CASE NO.:  1:10-cv-02029-DLB <br><br> **ORDER AMENDING SCHEDULING CONFERENCE ORDER** |

The parties to this action, by and through their respective counsel of record have entered a stipulation, requesting that the Court amend the Scheduling Conference Order of April 19, 2011. (Dkt No. 8).

1

1    Based on the facts set forth in the Stipulation and declaration of Plaintiff's counsel, the

2  Court finds good cause to modify the scheduling order.

3    For good cause, the Scheduling Conference Order, Docket No. 8, is amended as

4  follows:

5    1.    The deadline for filing non-dispositive motions is April 2, 2012.

6    2.    The deadline for hearing non-dispositive motions is May 15, 2012.

7    3.    The deadline for filing dispositive motions is April 16, 2012.

8    4.    The deadline for hearing dispositive motions is June 1, 2012.

9    5.    The Settlement Conference will be held on March 14, 2012,   at 10:00 a.m,

10  before Magistrate Judge Austin.

11    6.    The Pre-Trial Conference will be held on May 11, 2012 in Courtroom 9 at 1:30

12  pm before Magistrate Judge Beck.

13    7.    This matter is set for a seven (7) day jury trial on June 19, 2012 in Courtroom 9

14  at 9:00 a.m, before Magistrate Judge Beck .

15    All other matters set forth in the Scheduling Conference Order (Dkt No. 8) remain in

16  effect.

17
   IT IS SO ORDERED.
18

19    Dated:   **January 11, 2012**          /s/ *Dennis L. Beck*

20                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2