# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHOHRACH, et al., ) | 1:10cv02029 DLB |
| ) | |
| Plaintiffs, ) | ORDER DENYING REQUEST TO VACATE |
| ) | PRE-TRIAL CONFERENCE AND TRIAL |
| v. ) | DATE |
| ) | |
| BANK OF AMERICA, N.A., et al, ) | (Document 26) |
| ) | |
| Defendants. ) | |

On April 4, 2012, Plaintiffs Stephen Chohrach and Donna Chohrach filed a proposed order vacating the pre-trial conference set for May 11, 2012, and the trial set for June 19, 2012, and scheduling a status conference. (Doc. 26). The Court construes the proposed order as an *ex parte* request to vacate the dates and to schedule a status conference.

Plaintiffs have failed to support their request with any explanation and therefore have failed to demonstrate good cause to vacate the pre-trial conference and trial dates. Plaintiffs' request is DENIED.

IT IS SO ORDERED.

Dated:   **April 4, 2012**             /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE