1  JOHN S. SARGETIS (SBN: 80630)
2  JANET S. MANRIQUE (SBN: 179489)
   **UNITED LAW CENTER**
3  A Professional Law Corporation
   3013 Douglas Blvd., Suite 200
4  Roseville, California 95661
   Email: jsargetis@unitedlawcenter.com
5  jmanrique@unitedlawcenter.com
6  Tel: (916) 367-0630
   Fax: (916) 265-9000
7
8  Attorneys for Plaintiffs
   STEPHEN CHOHRACH and DONNA CHOHRACH
9

10

11              **IN THE UNITED STATES DISTRICT COURT**

12             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14  STEPHEN CHOHRACH, DONNA            CASE NO.:  1:10-cv-02029-DLB
    CHOHRACH
15                                     **ORDER VACATING  PRE-TRIAL
16              Plaintiffs,            CONFERENCE AND TRIAL DATE**

17  v.                                 Judge: Hon. Dennis L. Beck

18  BANK OF AMERICA, N.A.; BAC HOME
    LOANS SERVICING, INC.; C & M
19  MCGEE, INC., dba: WINCHESTER
20  MCGEE FINANCIAL; and DOES 1 through
    50, Inclusive,
21
22              Defendant(s).

23

24

25       GOOD CAUSE appearing, the Pre-Trial Conference of May 11, 2012, at 1:30 pm and

26  Trial date of June 19, 2012 at 9:00 a.m. are VACATED.

27       The parties are ordered to appear for a status conference on July 17, 2012, in Courtroom

28  9, at 9:30 a.m.

                                        1
              [PROPOSED] ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATE

1

2

3

4   IT IS SO ORDERED.

5

     Dated:   __**April 12, 2012**__                    _____/s/ *Dennis L. Beck*
6                                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATE