JOHN S. SARGETIS (SBN: 80630)
JANET S. MANRIQUE (SBN: 179489)
**UNITED LAW CENTER**
A Professional Law Corporation
3013 Douglas Blvd., Suite 200
Roseville, California 95661
Email: jsargetis@unitedlawcenter.com
jmanrique@unitedlawcenter.com
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs
STEPHEN CHOHRACH and DONNA CHOHRACH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHOHRACH, DONNA CHOHRACH<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, INC.; C & M MCGEE, INC., dba: WINCHESTER MCGEE FINANCIAL; and DOES 1 through 50, Inclusive,<br><br>Defendant(s). | CASE NO.: 1:10-cv-02029-DLB<br><br>**ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATE**<br><br>Judge: Hon. Dennis L. Beck |

GOOD CAUSE appearing, the Pre-Trial Conference of May 11, 2012, at 1:30 pm and Trial date of June 19, 2012 at 9:00 a.m. are VACATED.

The parties are ordered to appear for a status conference on July 17, 2012, in Courtroom 9, at 9:30 a.m.

1
[PROPOSED] ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATE

IT IS SO ORDERED.

    Dated: __**April 12, 2012**__             /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE